07 CV 7486 ORIGINAL

JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> THORNBURG MORTGAGE, INC., <br><br> Defendant. | Case No: _____ |

### RULE 7.1 STATEMENT OF PLAINTIFF WACHOVIA BANK

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff Wachovia Bank, National Association, by and through its attorneys, Shearman & Sterling LLP, makes the following disclosure statement.

Plaintiff Wachovia Bank, National Association is a wholly-owned subsidiary of Wachovia Corporation.

Dated: New York, New York
August 23, 2007

SHEARMAN & STERLING LLP

By: _____

Henry Weisburg
Kristen M. Fitzmaurice
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
(212) 848-7179 (facsimile)

Attorneys for Wachovia