HULWELL, J.

SHEARMAN & STERLING LLP
Henry Weisburg
Kristen M. Fitzmaurice
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Plaintiff
Wachovia Bank, National Association

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> THORNBURG MORTGAGE, INC., <br><br> Defendant. | Case No: 07-7486 (RSH) <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above titled action, as against Defendant Thornburg Mortgage, Inc., is hereby voluntarily dismissed without costs to any party. No answer has been served by Defendant Thornburg Mortgage, Inc.

Dated:   New York, New York
         August 28, 2007

SHEARMAN & STERLING LLP

By: _Henry Weisburg/KF_

Henry Weisburg
Kristen M. Fitzmaurice
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
(212) 848-7179 (facsimile)

Attorneys for Wachovia Bank,
National Association

SO ORDERED:

_[signature]_
U.S.D.J.
9/4/07